No. 88–977.   COLORADO-UTE ELECTRIC ASSN., INC., ET AL. *v.* PUBLIC UTILITIES COMMISSION OF COLORADO ET AL.   Appeal

from Sup. Ct. Colo. dismissed for want of properly presented federal question.